No. 79–701. ROADWAY EXPRESS, INC. *v.* MONK ET AL. C. A. 5th Cir. Certiorari granted.

No. 79–669. DAWSON CHEMICAL CO. ET AL. *v.* ROHM & HAAS CO. C. A. 5th Cir. Motions of American Rice Growers Exchange and Pesticide Producers Association for leave to file briefs as *amici curiae* and certiorari granted.

No. 79–5499. SKIPPER *v.* BRUMMER ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–73. ADELAIDE SHIPPING LINES, LTD., ET AL. *v.* SUNKIST GROWERS, INC. C. A. 9th Cir. Certiorari denied.

No. 79–142. WELLS FARGO BANK, N. A., ET AL. *v.* GARFINKLE ET VIR. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 79–320. HALL *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 79–338. CASKEY *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 79–341. FIRSTENBERG *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–352. DELAY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–391. LUKEFAHR ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.